January 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN DOE, Appellant

NO. 14-11-00093-CV                    V.

ROMAN CATHOLIC ARCHDIOCESE OF GALVESTON-HOUSTON BY AND THROUGH DANIEL CARDINAL DINARDO, HIS PREDECESSORS AND SUCCESSORS, AS BISHOP OF THE ROMAN CATHOLIC ARCHDIOCESE OF GALVESTON-HOUSTON AND REVEREND TERRY BRINKMAN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, the Roman Catholic Archdiocese of Galveston-Houston by and through Daniel Cardinal Dinardo, His Predecessors and Successors, as Bishop of the Roman Catholic Archdiocese of Galveston-Houston and Reverend Terry Brinkman, signed November 8, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, John Doe, to pay all costs incurred in this appeal. We further order this decision certified below for observance.